UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARROWOOD INDEMNITY CO.,

    Plaintiff,

vs.                                          Case No.: 8:09-CV-1193-T-27EAJ

ANDERSON DOGALI, et al.,

    Defendants,

vs.

ROBERT AUDE ASSOCIATES, INC., et al.,

    Third-Party Defendants.
_____/

## ORDER

BEFORE THE COURT is a joint stipulation of dismissal with prejudice which relates to some, but not all, of the claims in this action (Dkt. 160). The stipulation is approved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the following claims have been dismissed with prejudice: (1) Forizs & Dogali, P.A.'s counterclaim against Arrowood Indemnity Company, and (2) Forizs & Dogali, P.A.'s third party complaint against Robert Aude Associates, Inc.

DONE AND ORDERED this __3rd__ day of August, 2011.

                                                               _____
                                                                JAMES D. WHITTEMORE
                                                                United States District Judge

Copies to: Counsel of Record